157 A.3d 483

Jonathan D. GRINE

v.

COUNTY OF CENTRE, the McShane Firm, LLC and Theodore C. Tanski

Petition of: County of Centre

Kelley Gillette-Walker

v.

County of Centre, Shubin Law Office, P.C., and Sean P. McGraw

Petition of: County of Centre

No. 333 MAL 2016
No. 334 MAL 2016

Supreme Court of Pennsylvania.

September 13, 2016

## ORDER

PER CURIAM

**AND NOW**, this 13th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.